UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HECTOR GONZALEZ,

                Plaintiff,

           -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

20-CV-7338 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated September 14, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 5. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 20, 2020**. Defendant shall serve a copy of this order on Plaintiff **within one business day of this Order**.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge