UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HECTOR GONZALEZ,

                      Plaintiff,                      20-CV-7338 (JMF) (SLC)

              -v-                                     ORDER

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court received a letter, attached as Exhibit A, from Plaintiff Hector Gonzalez, which appears to consist of a letter Mr. Gonzalez received from the New York County Lawyer's Association Pro Bono Social Security/SSI Project, dated October 5, 2020.

      Defendant shall promptly mail a copy of this Order to Plaintiff and file proof of such service on the docket.

      SO ORDERED.

Dated: January 12, 2021
       New York, New York
                                                       JESSE M. FURMAN
                                             United States District Judge

# EXHIBIT A

## LANSNER & KUBITSCHEK
ATTORNEYS AT LAW
325 BROADWAY - SUITE 203
NEW YORK, NEW YORK 10007
www.lanskub.com
(212) 349-0900
FAX (212) 349-0694

CAROLYN A. KUBITSCHEK
ckubitschekl@lanskub.com
DAVID J. LANSNER
dlansner@lanskub.com

October 5, 2020

Mr. Hector Gonzalez
█████████████████

Dear Mr. Gonzalez,

    Thank you for contacting the New York County Lawyer's Association Pro Bono Social Security/SSI Project. The Project provides lawyers only for individuals who have Disability cases. Your case is about retirement benefits, which is outside of the scope of the Project. Accordingly, the Pro Bono Project will not be able to provide you with legal assistance or representation. You will have to find another attorney, or you can represent yourself.

    We wish you the best of success with your Social Security case.

Very truly yours,

*Carolyn A. Kubitschek*
Carolyn A. Kubitschek

CAK/mt

---

*[Handwritten note:]* Judge, My case about Retirement Benefits, Not Disability

*[Handwritten:]* 20-CV-7338 (JMF)

